# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**In RE:**

WILLIAM F. MACK

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 3

**Case Number:** 20-11276

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Ford Motor Credit Company, LLC**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only    ☐ Payment only    ☑ Notice & Payment

**NOTICE ADDRESS**

FROM:

Ford Motor Credit Company, LLC

P.O. Box 62180

Colorado Springs, CO 80962

TO:

Ford Motor Credit Company, LLC

4515 N. Santa Fe Ave. Dept. APS

Oklahoma City, OK 73118

**PAYMENT ADDRESS**

FROM:

Ford Motor Credit Company, LLC

Dept 55953 P.O. Box 55000

Detroit, MI 48255

TO:

Ford Motor Credit Company, LLC

PO Box 650004

Dallas, TX 75265-0004

Date: 12/17/2024

/s/ Shubham Tandlekar

Creditor's Authorized Agent for Ford Motor Credit Company, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In RE:

    Chapter: 13

WILLIAM F. MACK

    Case Number: 20-11276

**Debtor(s)**

## Certificate of Service

I certify that on 12/17/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
PAUL H YOUNG
SUPPORT@YMALAW.COM

Trustee
WILLIAM C MILLER ESQ

/s/ Shubham Tandlekar
Shubham Tandlekar
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
833-965-2361
ECFNotices@aisinfo.com