Certificate Number: 03621-PAE-DE-034438421

Bankruptcy Case Number: 20-11276



03621-PAE-DE-034438421

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 10, 2020, at 12:43 o'clock AM EDT, William F Mack completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 10, 2020

By:  /s/Damaris Soto

Name:  Damaris Soto

Title:  Credit Counselor