United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11276-amc |
| William F. Mack | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 20, 2025 | Form ID: 138OBJ | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William F. Mack, 82 Park Valley Lane, Brookhaven, PA 19015-3323 |
| 14844584 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o MARK A. CRONIN, KML Law Group, P.C.,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14481773 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o MICHAEL J. CLARK, KML Law Group, P.C., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 21 2025 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2025 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14475563 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 21 2025 00:18:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14491697 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 21 2025 00:25:41 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14475564 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2025 00:25:47 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14491698 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 21 2025 00:24:55 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14475565 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2025 00:25:59 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14532007 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 21 2025 00:18:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14475566 | + | Email/Text: EBNBKNOT@ford.com | Mar 21 2025 00:18:00 | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 14477772 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2025 00:39:12 | Ford Motor Credit Company LLC, 4515 N. Santa Fe Ave. Dept APS, Oklahoma City, OK 73118-7901 |
| 14858218 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2025 00:37:31 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14859047 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2025 00:25:29 | Ford Motor Credit Company, LLC, c/o AIS |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 138OBJ | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14475568 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2025 00:18:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14475569 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 21 2025 00:24:07 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14844431 | | ^ MEBN | Mar 21 2025 00:09:10 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14496247 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 21 2025 00:18:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14475570 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 21 2025 00:18:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14491590 | + | Email/Text: bncnotifications@pheaa.org | Mar 21 2025 00:18:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14498732 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2025 00:39:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14475571 | + | Email/Text: bncnotifications@pheaa.org | Mar 21 2025 00:18:00 | Pheaa, Pob 61017, Harrisburg, PA 17106-1017 |
| 14475572 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2025 00:24:03 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 14501316 | | ^ MEBN | Mar 21 2025 00:09:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14475573 | | Syncb/walmart |
| 14858232 | *+ | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14858703 | *+ | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14710296 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14475567 | ##+ | Gateway One Lending &, 3818 E Coronado, Anaheim, CA 92807-1620 |
| 14480923 | ##+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Michael J. Clark, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 1 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 22, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |
| MICHAEL JOHN CLARK | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mclark@pincuslaw.com |
| PAUL H. YOUNG | on behalf of Debtor William F. Mack support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)−doc 57 − 55

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   William F. Mack<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20−11276−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 20, 2025

For The Court

Timothy B. McGrath
Clerk of Court